IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JUNE R. LALONE, )
)
          Plaintiff, )
)
vs. ) Civil No. 15-cv-1160-JPG-CJP
)
NANCY A. BERRYHILL, )
)
          Defendant. )

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for social security benefits is **AFFIRMED**.

Judgment is entered in favor of defendant Nancy A. Berryhill, Acting Commissioner of Social Security, and against plaintiff June R. Lalone.

**DATED:** March 16, 2017

                                         JUSTINE FLANAGAN,
                                         **Acting Clerk of Court**

                                         **BY:** *s/Tina Gray*
                                              **Deputy Clerk**

**Approved:**
s/ J. Phil Gilbert
**J. Phil Gilbert**
**U.S. District Judge**